◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL JOHNSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Linakis, J.), rendered April 3, 1991, convicting him cf criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find that the defendant's contentions with regard to the prosecutor's summation are either without merit *(see, People v Galloway,* 54 NY2d 396; *People v Marks,* 6 NY2d 67, 77, *cert denied,* 362 US 912), or unpreserved for appellate review *(see,* CPL 470.05 [2]), and we decline to review the unpreserved

contention in the exercise of our interest of justice jurisdiction. Mangano, P. J., Thompson, Bracken and Lawrence, JJ., concur.